IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER BROGAN,** on behalf of himself and all others similarly situated,<br>　　*Plaintiff,*<br>　　v.<br>**FRED BEANS MOTORS OF DOYLESTOWN, INC.,**<br>　　*Defendant.* | CIVIL ACTION<br><br>No. 17-5628 |

## ORDER

**AND NOW**, on this 3rd day of April 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 73), Plaintiff's Response (ECF No. 81), Defendant's Reply (ECF No. 85), and oral argument held on January 16, 2020, and in accordance with the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 73) is **GRANTED**.

It is further **ORDERED** that in accordance with the denial of Counts I through VI of the Second Amended Complaint (ECF No. 27) as to Plaintiff Christopher Brogan, Plaintiff's Motion for Class Certification (ECF No. 72) is hereby **DENIED as MOOT**.

All matters before the Court having been disposed of, the Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.