IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BROGAN, : | CIVIL ACTION |
| on behalf of himself and all others : | |
| similarly situated, : | |
|     *Plaintiff,* : | |
| v. : | No. 17-5628 |
| : | |
| FRED BEANS MOTORS : | |
| OF DOYLESTOWN, INC., : | |
|     *Defendant.* : | |

## ORDER

**AND NOW**, on this 25th day of August 2020, upon consideration of Defendant's Motion for Attorneys' Fees and Costs (ECF No. 96), Plaintiff's Response (ECF No. 97), Defendant's Reply (ECF No. 100), Plaintiff's Surreply (ECF No. 101), and in accordance with the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Attorneys' Fees and Costs (ECF No. 96) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.