IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BROGAN,** | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 17-5628 |
| | : | |
| **FRED BEANS CHEVROLET, INC.,** | : | |
| **d/b/a FRED BEANS CHEVROLET** | : | |
| **OF DOYLESTOWN,** | : | |
| Defendant | : | |

## JUDGMENT

**AND NOW**, this 2nd day of November, 2021:

1. Judgment is hereby entered in favor of Defendant Fred Beans Chevrolet, Inc., d/b/a Fred Beans Chevrolet of Doylestown, and against Plaintiff's appellate counsel, The Kim Law Firm, LLC, Ferrara Law Group P.C., and Promisloff Law, P.C., in the amount of $33,134.92.

2. Judgment is hereby entered in favor of Defendant Fred Beans Chevrolet, Inc., d/b/a Fred Beans Chevrolet of Doylestown, and against Plaintiff Christopher Brogan, in the amount of $3,267.49.

The total amount requested for costs taxed against Plaintiff Christopher Brogan as set forth in the Defendant's Bill of Costs (Docket No. 107) is reduced by $66,024.35. The costs for "Delivery and Handling" listed on one of the transcript invoices in the amount of $49.58 are not taxable pursuant to 28 U.S.C. § 1920. Accordingly, those costs will not be taxed. The costs requested in the category of "Fees for exemplification," etc., in the amount of $65,974.77 appear to be the same costs for electronic discovery that were already denied by Judge Kenney. (Docket Nos. 103, 104.) Accordingly, those costs will not be taxed.

KATE BARKMAN
Clerk of Court

By: */s/ Sharon A. Hall-Moore*
Deputy Clerk